VILLAGE OF ARDSLEY, Respondent, v. AETNA CASUALTY AND SURETY COMPANY, Appellant, et al., Defendants.— In an action to reform a certificate of continuance of a surety bond, and a surety bond, and to recover thereon as reformed, order denying, conditionally, appellant's motion to dismiss the complaint for failure to prosecute the action, reversed on the law and the facts, with $10 costs and disbursements, and the motion granted, without costs. There was a delay of approximately three years, and younger issues have been tried. There is no meritorious showing that the delay was not unreasonable. Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

EDWIN W. WALLACE et al., Constituting the Board of Public Welfare of the County of Nassau, Appellant, v. WILLIAM HODSON, as Commissioner of Public Welfare of the City of New York, et al., Respondents.— Appeal from order dismissing the plaintiff's complaint on the ground that it appears on the face thereof that it does not state facts sufficient to constitute a cause of action. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

WORLD WIDE TRAVEL AGENCY, INC., et al., Appellants, v. BRYANT PARK BUILDING, INC., Respondent.— Order granting in part and denying in part, appellants' motion for an examination of respondent before trial, and denying the motion for the production of books, drawings and other matter for use upon the examination and for inspection and copying, affirmed, with $10 costs and disbursements; the examination to proceed on five days' notice. No opinion. Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

SARAH E. YOUNG, as Administratrix of the Estate of MAURICE YOUNG, Deceased, Respondent, v. SARAH E. YOUNG et al., Defendants, and ALICE STEVENS, as Administratrix C. T. A. of CHARLES G. BANKS, Deceased, Appellant.— In an action to foreclose a mortgage upon real property, judgment decreeing foreclosure and sale, after trial by the court, unanimously affirmed, with costs. Appeal from decision dismissed, without costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.